UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK G. GUTIERREZ,<br><br>      Petitioner,<br><br>  v.<br><br>J. ENGLEMAN, Warden,<br><br>      Respondent. | Case No. 2:24-cv-05378-SVW-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636 the Court has reviewed the petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed.  The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

  IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATED: August 27, 2025

                    HONORABLE STEPHEN V. WILSON
                    UNITED STATES DISTRICT JUDGE