UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK G. GUTIERREZ,<br><br>Petitioner,<br><br>v.<br><br>J. ENGLEMAN, Warden,<br><br>Respondent. | Case No. 2:24-cv-05378-SVW-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: August 27, 2025

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE